```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 03 B 50043
    AUDREY REYNOLDS
                                          CHAPTER 13

                                          JUDGE: MANUEL BARBOSA

        Debtor
    SSN XXX-XX-3624
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 12/11/03 and confirmed on 02/09/04.

    2.  The case was dismissed after confirmation, 10/23/2008.

    3.  The Debtor paid a total of $ 24584.00 .

    4.  The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CITIMORTGAGE INC | CURRENT MORTG | .00 | .00 | .00 |
| CHASE MANHATTAN AUTOMOTI | SECURED VEHIC | 4525.00 | 164.13 | 4525.00 |
| CITIMORTGAGE INC | CURRENT MORTG | .00 | .00 | .00 |
| ALLIANCE ONE | UNSECURED | NOT FILED | .00 | .00 |
| AMERITECH | UNSECURED | NOT FILED | .00 | .00 |
| CHASE | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 17657.03 | .00 | 3402.37 |
| CHASE MANHATTAN BANK | UNSECURED | 1879.84 | .00 | 362.23 |
| CITICORP | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 12137.10 | .00 | 2338.73 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 4344.21 | .00 | 837.09 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 4836.30 | .00 | 931.92 |
| ROUNDUP FUNDING LLC | UNSECURED | 11098.15 | .00 | 2138.53 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 13234.71 | .00 | 2550.23 |
| ECAST SETTLEMENT CORP | UNSECURED | 1315.08 | .00 | 253.40 |
| JC PENNEY CO | UNSECURED | NOT FILED | .00 | .00 |
| STERLING INC | UNSECURED | 1059.78 | .00 | 204.21 |
| MBNA | UNSECURED | NOT FILED | .00 | .00 |
| SMC | UNSECURED | 2281.69 | .00 | 439.66 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 3022.68 | .00 | 582.45 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| RETAILERS NATIONAL BANK | UNSECURED | 2418.29 | .00 | 465.99 |
| ROGERS & HOLLAND | UNSECURED | 2279.06 | .00 | 439.15 |
| ROUNDUP FUNDING LLC | UNSECURED | 6930.62 | .00 | 1335.48 |
| HOME DEPOT | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 3270.62 | .00 | 630.22 |
| ROUNDUP FUNDING LLC | UNSECURED | 489.60 | .00 | 94.34 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 5597.37 | .00 | 1078.57 |

```
ECAST SETTLEMENT CORP      UNSECURED         1320.91              .00          254.53
CHASE MANHATTAN AUTOMOTI   UNSECURED          175.50              .00           33.81
       Summary of disbursements:
----------------------------------------------------------------------------------
                   SECURED      PRIORITY    UNSECURED        OTHER         TOTAL
----------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  4525.00          .00     95348.54          .00       99873.54
PRINCIPAL PAID      4525.00          .00     18372.91          .00       22897.91
INTEREST PAID        164.13          .00          .00          .00         164.13
TOTAL PAID          4689.13          .00     18372.91          .00       23062.04
```

The Debtor's attorney, MGM LAW OFFICES            , was allowed $       .00
and was paid $      .00 .

The Trustee received $   1082.96 .

Refunds to the Debtor totaled $    439.00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 01/13/09              /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE